IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 10-cv-00320-PAB

MARK ALAN STREPKA,

      Plaintiff,

v.

SERGEANT GERALD JONSGAARD,
individually and in his official capacity as Aurora City Police Officer, and
CITY OF AURORA, COLORADO,
a second class city and a municipal corporation of Colorado,

      Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 2 4 2010

GREGORY C. LANGHAM
                     CLERK

---

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

THIS CAUSE comes before the Court on the affidavit in support of the motion for

leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915.

The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of

service from the defendants. If unable to do so, the United States Marshal shall serve a

copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C.

§ 1915 and all other orders upon the defendants. If appropriate, the Marshal shall first

attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P.

4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall

respond to the complaint as provided for in the Federal Rules of Civil Procedure after

service of process on the defendants.

DATED March 23, 2010.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-00320-PAB-KMT

Mark Alan Strepka
Prisoner No. 200900009034
Arapahoe County Det. Facility
7375 South Potomac Street
Centennial, CO 80155

US Marshal Service
Service Clerk
Service forms for: Sergeant Gerald Jonsgaard, and the City of Aurora, Colorado

     I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal Service for service of process on Sergeant Gerald Jonsgaard, and the City of Aurora, Colorado: COMPLAINT FILED 2/16/10, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 3/24/10 .

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk