IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–00320–PAB–KMT

MARK ALAN STREPKA,

     Plaintiff,

v.

SERGEANT GERALD JONSGAARD, Individually and his official capacity as Aurora City
Police Officer, and
CITY OF AURORA, COLORADO, a second class city and a municipal corporation of
Colorado,

     Defendants.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

"Plaintiff's Request to: Strike Defendants' Response to Plaintiff's Motion to Compel, or in the
Alternative: Plaintiff's Reply to Defendants' Response" (# 55, filed October 21, 2010) is
DENIED in part and GRANTED in part. Plaintiff has identified no prejudice from Defendants'
one business day late filing, and none is apparent from the record. The delay here was not
extensive and has no significant impact on the proceedings. The failure to file on time appears
to have been due to simple inadvertence, and there is no suggestion or showing of bad faith. The
court finds the defendants have shown excusable neglect. *See City of Chanute v. Williams Nat.
Gas Co.*, 31 F.3d 1041, 1046 (10th Cir. 1994). As such, Plaintiff's Motion to Strike is DENIED,
and Defendants' Response (Doc. No. 54) will be considered. Plaintiff's request, in the
alternative, to consider his Reply (Doc. No. 55) is GRANTED. The Clerk of Court is directed to
docket Doc. No. 55 as a reply to Doc. No. 49.

Dated: November 1, 2010