## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Magistrate Judge Kathleen M. Tafoya

**Civil Action No.** 10-cv-00320-PAB-KMT   FTR - Courtroom C-201

**Date:** November 15, 2010   Deputy Clerk, Nick Richards

| | |
|---|---|
| MARK ALAN STREPKA, | Pro Se (by phone) |
| Plaintiff, | |
| v. | |
| SERGEANT GERALD JONSGAARD, Individually and his official capacity as Aurora City Police Officer, and CITY OF AURORA, COLORADO, a second class city and a municipal corporation of Colorado, | Jamie Dyan Wynn Julia A. Bannon |
| Defendants. | |

## COURTROOM MINUTES / MINUTE ORDER

**MOTION HEARING**
**Court in session: 10:59 a.m.**
Court calls case.  Appearances of counsel.

Motion Hearing is set regarding Plaintiff's Motion to Compel Discovery, Answers, and Responses from Defendants [Doc. No. 49, filed September 17, 2010].

Oral arguments from Plaintiff.
Oral arguments from Defense.

It is **ORDERED**:   Plaintiff's Motion to Compel Discovery, Answers, and Responses from Defendants [49] is **GRANTED IN PART**.  The City is directed to respond to production requests 1, 2, 4, 5, and 13, and interrogatories 1, 5, and 6 (referenced in the Motion to Compel [49]) within 10 days of this hearing.  The scope of the response to any and all questions about Jonsgaard's activities as a police officer for the City of Aurora will be limited to the 10 years prior to the date of the incident in the complaint.

It is **ORDERED**:   The Preliminary Scheduling Conference [Doc. No. 26, filed July 1,

|   |   |
|---|---|
|  | 2010] is amended to allow 2 expert witnesses for each side.  The expert listed by Plaintiff as "Dr. J. Pitcher" in the Preliminary Scheduling Conference [26] is now identified as Dr. Jillane Kay Pitcher, D.O. |
| It is **ORDERED**: | The Final Pretrial Conference set on April 21, 2011 is VACATED.  The Final Pretrial Conference is reset for **April 28, 2011 at 9:30 a.m.** |

**Court in Recess: 12:07 p.m.**
Hearing concluded.
Total In-Court Time    01:08

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.